**2010–0047. State v. Gingell.**
Hamilton App. No. C–081167.
 O'DONNELL and CUPP, JJ., would also hold the cause for the decision in 2008–2502, *State v. Bodyke,*

Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387.

PFEIFER, LUNDBERG STRATTON, and O'CONNOR, JJ., dissent.